IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **TIMOTHY SPROTT, et al.,** | CASE NO. 3:22 CV 146 |
| Plaintiffs, | |
| v. | JUDGE JAMES R. KNEPP II |
| **OTTAWA HILLS LOCAL SCHOOL DISTRICT, et al.,** | |
| Defendants. | **ORDER** |

The Court held a telephone status conference in the above-captioned case on October 25, 2023. Present were Nicholas A. DiCello, Michael P. Lewis, James J. Harrington, and Milicia Filipovic on behalf of Plaintiffs Timothy and Michelle Sprott; D. Casey Talbott on behalf of Plaintiffs Hal and Lisa Burke; Jennifer A. McHugh, Teresa L. Grigsby, Byron S. Choka, and Stephen D. Hartman on behalf of Defendants Ottawa Hills Local School District, Ottawa Hills Local School District Board of Education, Kevin Miller, Darcy Browne, Jackie Patterson, Benjamin McMurray, Adam Fineske, Robert Gnepper, Nicole Silvers, James Kincaid, Kristin Johnson, Kay Cocke, Gerry Davis, Elizabeth Puskala, Julie Visser, Darrin Broadway, Noreen Hanlon, Abigail Dewire, and Lauren Hurst; William L. Burton on behalf of Ronald Stevens; and John D. Latchney and Kenneth A. Calderone on behalf of Defendant Kristie Stevens.

Leave is granted to Defendant Ronald Stevens to file an Answer to the First Amended Complaint on or before **October 31, 2023**.

Plaintiffs' counsel to provide Ottawa Hills' defense counsel with search terms for existing email ESI database on or before **November 15, 2023**.

After consultation with the parties, the Court sets the following case management deadlines:

Supplemental Rule 26 Disclosures: **November 20, 2023**

Fact Discovery: **September 1, 2024**

Expert Disclosures (with Reports):

    Plaintiffs' Experts: **October 4, 2024**

    Defendants' Experts: **December 6, 2024**

    Plaintiffs' Rebuttal Experts (if needed)[1]: **January 17, 2025**

Completion of Expert Depositions: **February 21, 2025**

Dispositive Motions: **March 21, 2025**

Joint Status Report: **December 1, 2023**

Although this is a complex case with numerous parties, the Court has gone to lengths to accommodate the parties' need for time to litigate. The Court will therefore not permit extensions of these deadlines except under the most unpredictable and unavoidable of circumstances.

IT IS SO ORDERED.

                                                      s/ *James R. Knepp II*
                                                     UNITED STATES DISTRICT JUDGE

---

[1]. The Court will only permit a rebuttal expert if a defense expert offers expert opinion regarding an issue on which a Defendant bears the burden of proof.