s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Timothy Sprott, *et al.*, | : | Case No.: 3:22-cv-146 |
| Plaintiffs, | : | (Hon. James R. Knepp II) |
| vs. | : | **STIPULATION OF PARTIAL DISMISSAL, AND JOURNAL ENTRY** |
| Ottawa Hills Local School District, *et al.*, | : | |
| | : | D. Casey Talbott (0046767) |
| Defendants. | | Nicholas W. Bartlett (0100990) |
| | : | EASTMAN & SMITH LTD. |
| | | One SeaGate, 27th Floor |
| | : | P. O. Box 10032 |
| | | Toledo, Ohio 43699-0032 |
| | : | Telephone: (419) 241-6000 |
| | | Fax: (419) 247-1777 |
| | : | E-Mail: dctalbott@eastmansmith.com |
| | | nwbarlett@eastmansmith.com |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Plaintiff Ben Burke ("Mr. Burke") has resolved his claims as against all named-defendants. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Mr. Burke and all named-defendants hereby stipulate to the dismissal of Mr. Burke's claims, with prejudice, with each party to bear its own costs, attorney fees, and expenses.

The Court retains jurisdiction to enforce the settlement agreement reached by and between these parties.

Plaintiffs Sprott's claims remain pending for further adjudication.

Approved by:

/s/ D. Casey Talbott
D. Casey Talbott (0046767)
Nicholas W. Bartlett (0100990)
Eastman & Smith Ltd.
E-Mail: dctalbott@eastmansmith.com
nwbartlett@eastmansmith.com

**Attorneys for Plaintiff Ben Burke**

Per authority: /s/ dct
William L. Burton (0005032)
Burton Law Group, Ltd.
E-Mail: wburton@bnblaw.net

**Attorney for Defendant Ronald Stevens**

Per authority: /s/ dct
Nicholas A. Dicello (0075745)
Jeremy A. Tor (0091151)
Michael P. Lewis (0099621)
Spangenberg Shibley & Liber LLP
E-Mail: ndicello@spanglaw.com
jtor@spanglaw.com
mlewis@spanglaw.com

James J. Harrington, IV (P65351)
Milica Filipovic (P80189)
Fieger, Fieger, Kennedy & Harrington, P.C.
E-Mail: j.harrington@fiegerlaw.com
m.filipovic@fiegerlaw.com

**Co-Counsel for Plaintiffs Timothy Sprott and James Sprott**

Per authority: /s/ dct
Teresa L. Grigsby (0030401)
Byron S. Choka (0014249)
Stephen D. Hartman (0074794)
Jennifer A. McHugh (0084842)
Spengler Nathanson P.L.L.
E-Mail: tgrigsby@snlaw.com
bchoka@snlaw.com
shartman@snlaw.com
jmchugh@snlaw.com

**Attorneys for Defendants Ottawa Hills Local School District, Ottawa Hills Local School District Board of Education, Kevin Miller, Darcy Browne, Jackie Patterson, Benjamin McMurray, Robert Gnepper, Adam Fineske, Nicole Silvers, James Kincaid, Kristin Johnson, Kay Cocke, Gerry Davis, Elizabeth Puskala, Julie Visser, Darrin Broadway, Noreen Hanlon, Abigail Dewire, and Lauren Hurst**

Per authority: /s/ dct
Kenneth A. Calderone (0046860)
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
E-Mail: kcalderone@hcplaw.net
jlatchney@hcplaw.net

**Attorneys for Defendant Kristie Stevens**

IT IS SO ORDERED.

Date: 8/27/2024

*s/ James R. Knepp II*
Hon. James R. Knepp II

2